| United States Bankruptcy Court<br>Southern District of Indiana<br>Evansville Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Princeton Surgery Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a The Surgery Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **xx-xxx1390** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2030 Sherman Drive**<br>**Princeton, IN**      ZIP CODE **47670** | Street Address of Joint Debtor (No. & Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Gibson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2030 Sherman Drive, Princeton, IN**     ZIP CODE **47670** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Liability Company** | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*)<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Princeton Surgery Center, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  <u>Not Applicable</u><br>   Signature of Attorney for Debtor(s)      Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br>       _____<br>       (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Princeton Surgery Center, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br><br>Signature of Debtor<br><br>X **Not Applicable**<br><br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ R. Stephen LaPlante**<br>Signature of Attorney for Debtor(s)<br><br>**R. Stephen LaPlante  Bar No.  8687-82**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Keating & LaPlante, LLP**<br>Firm Name<br><br>**P.O. Box 3556 Evansville, IN 47734-3556**<br>Address<br><br>**(812) 463-6093**      **(812) 463-6094**<br>Telephone Number<br><br>**10/6/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable** |
| **Signature of Debtor (Corporation/Partnership)** | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Wagih A. Satar**<br>Signature of Authorized Individual<br><br>**Wagih A. Satar**<br>Printed Name of Authorized Individual<br><br>**President and Member**<br>Title of Authorized Individual<br><br>**10/6/2010**<br>Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**
**Evansville Division**

In re:  **Princeton Surgery Center, LLC** _____.

**Debtor**

Case No.

Chapter  **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                                                                          $ _____ **422,804.38**

b.      Total debts (including debts listed in 2.c., below)                         $ _____ **1,592,980.39**

Approximate number of holders

c.      Debt securities held by more than 500 holders.

    secured                      unsecured                      subordinated           _____           _____

d.      Number of shares of preferred stock                                             _____           _____

e.      Number of shares of common stock                                             _____           _____

    Comments, if any:

3.      Brief description of debtor's business:

**Health Care Business**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Dennis L. Griggs**
**Hyun L. Kim**
**Jason Samuel**
**Keith Thomas**
**Richard J. Loesch**
**Wagih Satar**

# United States Bankruptcy Court

## Southern District of Indiana

### Evansville Division

In re:

Case No. _____

Chapter   **11**

**Princeton Surgery Center, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Wagih Satar**, declare under penalty of perjury that I am the **President and Member** of **Princeton Surgery Center, LLC**, a **Indiana** Corporation and that on **August 23, 2010** the following resolution was duly adopted by the **Members** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Wagih A. Satar**, **President and Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Wagih A. Satar**, **President and Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Wagih A. Satar**, **President and Member** of this Corporation, is authorized and directed to employ **R. Stephen LaPlante**, attorney and the law firm of **Keating & LaPlante, LLP** to represent the Corporation in such bankruptcy case."

Executed on:   **10/6/2010** _____

Signed:   **/s/ Wagih A. Satar** _____
                    **Wagih Satar**

# United States Bankruptcy Court
## Southern District of Indiana
### Evansville Division

In re   **Princeton Surgery Center, LLC**                    Case No.

Debtor.                                                       Chapter   **11**

# STATEMENT OF CORPORATE OWNERSHIP

Comes now **Princeton Surgery Center, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

___**X**___ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Dennis L. Griggs**<br>**1309 West Bradoway**<br>**Princeton, IN 47670** | **23.359** |
| **Hyun Kim**<br>**1960 Knollwood Drive**<br>**Fairmont, MN 56031** | **4.779** |
| **Jason Samuel**<br>**820 Mossy Trace Lane**<br>**Henderson, KY 42420** | **5.847** |
| **Keith Thomas**<br>**6049 Highway 1389**<br>**Owensboro, KY 42303** | **12.79** |
| **Richard Loesch**<br>**418-1/2 North Main**<br>**Princeton, IN 47670** | **13.182** |
| **Wagih A. Satar**<br>**P.O. Box 16**<br>**Princeton, IN 47670** | **40.043** |

OR,

_____ There are no entities to report.

By: **/s/ R. Stephen LaPlante**
      **R. Stephen LaPlante**
      Signature of Attorney
Counsel for   **Princeton Surgery Center, LLC**
Bar no.:   **8687-82**
Address.:   **Keating & LaPlante, LLP**
          **P.O. Box 3556**
          **Evansville, IN 47734-3556**

Telephone No.:  **(812) 463-6093**
Fax No.:  **(812) 463-6094**
E-mail address:

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana
### Evansville Division

In re **Princeton Surgery Center, LLC**

Debtor

Case No. _____

Chapter **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 6,118.53 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 6,118.53 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**United States Bankruptcy Court**
**Southern District of Indiana**
**Evansville Division**

In re **Princeton Surgery Center, LLC**

Debtor

Case No. _____

Chapter **11** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 6,118.53 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 288,304.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 288,304.46 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## Southern District of Indiana
## Evansville Division

In re  **Princeton Surgery Center, LLC**                                    ,          Case No. _____
                                            Debtor

                                                                                    Chapter          **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     422,804.38 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     1,298,557.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        6,118.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $      288,304.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $     422,804.38 | $     1,592,980.39 | |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Indiana
#### Evansville Division

In re  **Princeton Surgery Center, LLC**

Debtor

Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Old National Bank**<br>P.O. Box 867<br>Evansville, IN 47705-9987 | | Security Agreement | | **$124,879.22** |
| **J & J Health Care Systems, Inc.**<br>5972 Collections Center<br>425 Hoes Lane<br>Piscataway, NJ 08855 | | | | **$45,200.15** |
| **Princeton Ambulatory Building, LLC**<br>2030 Sherman Drive<br>Princeton, IN 47670 | | | | **$40,959.00** |
| **Cardinal Health**<br>7000 Cardinal Place<br>Metro 3<br>Dublin, OH 43017-1091 | | | | **$22,975.81** |
| **Stryker Endoscopy**<br>5900 Optical Ct.<br>San Jose, CA 95138 | | | | **$16,275.44** |
| **Medline Industries, Inc.**<br>One Medline Place<br>Mundelein, IL 60060 | | | | **$9,018.40** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Princeton Surgery Center, LLC** _____ ,   Case No. _____

                              Debtor                                    Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Alcon Laboratories, Inc.**<br>**6201 South Freeway**<br>**Dallas, TX 76134** | | | | $8,979.42 |
| **CGM, LLC**<br>**110 North Main Street**<br>**Evansville, IN 47711** | | | | $5,291.75 |
| **Davis Stokes Collaborative, P.C.**<br>**7121 Crossroads Boulevard**<br>**Brentwood, TN 37027** | | | | $3,000.00 |
| **Krieg Devault, LLP**<br>**One Indiana Square, Suite 2800**<br>**Indianapolis, IN 46204-2079** | | | | $2,753.75 |
| **Boston Scientific**<br>**Credit Dept. - MS-A2**<br>**One Boston Place**<br>**Natick, MA 01760** | | | | $1,954.63 |
| **Medical Accounts Receivable Systems**<br>**100 Fulton Court**<br>**Paducah, KY 42001** | | | | $1,613.70 |

In re  **Princeton Surgery Center, LLC**

Debtor

Case No. _____

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **MicroSurgical Technology**<br>**8415 154th Avenue N.E.**<br>**Redmond, WA 98073** | | | | $1,289.35 |
| **Bausch & Lomb Surgical**<br>**1400 North Goodman Street**<br>**Rochester, NY 14609** | | | | $1,095.00 |
| **W. Nuhsbaum, Inc.**<br>**760 Ridgeview Drive**<br>**McHenry, IL 60050** | | | | $825.00 |
| **Evansville Outdoor Advertising, Inc.**<br>**999 North Congress Avenue**<br>**Evansville, IN 47715** | | | | $741.00 |
| **De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-1453** | | | | $692.82 |
| **Diamatrix Ltd.**<br>**1544 Sawdust Road, Suite 502**<br>**The Woodlands, TX 77380** | | | | $560.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Princeton Surgery Center, LLC** _____ , Case No _____
                                    Debtor
                                                                  Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gregory C. Schulten<br>c/o Lane C. Siesky, Esq.<br>4424 Vogel Rd., Ste. 305<br>Evansville, IN 47715 | | | DISPUTED | $0.01 |
| Laci Sheffer<br>R.R. 2, Box 214<br>Lawrenceville, IL 62439 | | | DISPUTED | $0.01 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Wagih A. Satar, President and Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ____ **10/6/10** ____          Signature: _____

                                      **Wagih A. Satar ,President and Member**
                                      (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re: **Princeton Surgery Center, LLC**                                Case No. _____
                         Debtor                                                             (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Princeton Surgery Center, LLC** _____,   Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account Integra Bank** | | **195.65** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account Old National Bank Princeton, IN** | | **14,813.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | X | | | |
| | X | | | |
| | X | | | |
| | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Princeton Surgery Center, LLC**                                        ,        Case No. _____
                                    Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | | **242,812.56** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | X | | | |
| | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| | X | | | |
| | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings and supplies**<br><br>**Market value listed is depreciable basis of $169,145.00 less prior depreciation of $119,175** | | **49,970.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Princeton Surgery Center, LLC** _____ ,     Case No. _____
                                    Debtor                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Additional medical equipment** <br><br> **See list attached** | | **62,764.92** |
| Machinery, fixtures, equipment and supplies used in business. | | **Included in No. 28 above** | | **0.00** |
| 30. Inventory. | | **Medical supplies** | | **52,248.25** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_  continuation sheets attached          Total  ＞  | **$ 422,804.38** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

PRINCETON SURGERY CENTER, LLC
<u>List of Additional Medical Equipment</u>

| | |
|---|---:|
| Stryker 4100 driver | $1,749.99 |
| 4-D cannulated screw case (set) | 3,200.00 |
| Wire driver collet (2) | 699.98 |
| Trinkle adapter | 349.99 |
| Stryker quick connect | 349.99 |
| 5/32" Jacob chuck (2) | 699.98 |
| 1/4" Jacob chuck | 349.99 |
| Cystoscope, stand and leak tester | 7,990.00 |
| 5 mm laparoscope and 10 mm laparoscope | 2,000.00 |
| Arthrex shaver | 3,000.00 |
| Arthrex pump | 375.00 |
| Arthrex console-shaver AR-8300 | |
| Sterrad NX Sterilizer | <u>42,000.00</u> |
| | <u>$62,764.92</u> |

B6D (Official Form 6D) (12/07)

In re **Princeton Surgery Center, LLC** . Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx xxxxx7725<br><br>Integra Bank, N.A.<br>P.O. Box 868<br>Evansville, IN 47705 | X | | 09/07/2007<br>Security Agreement<br>Balance as of 6/22/10<br><br>_____<br>VALUE $0.00 | | | | 186,258.52 | 0.00 |
| ACCOUNT NO. xx xxxxx7724<br><br>Integra Bank, N.A.<br>P.O. Box 868<br>Evansville, IN 47705 | X | | 06/08/2006<br>Security Agreement<br>Blanket security interest<br><br>Balance as of 6/22/10<br><br>_____<br>VALUE $0.00 | | | | 1,112,298.88 | 0.00 |

<u>0</u>   continuation sheets
       attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ 1,298,557.40 | $ 0.00 |
|---|---|
| $ 1,298,557.40 | $ 0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Princeton Surgery Center, LLC**                                          Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re **Princeton Surgery Center, LLC**                                    Case No. _____

_____                                                    (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gibson County Treasurer**<br>**County Courthouse**<br>**101 North Main Street**<br>**Princeton, IN 47670** | | | **Real estate and personal property taxes** | | | | **6,118.53** | **6,118.53** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ►<br>(Totals of this page) | $ **6,118.53** | $ **6,118.53**  $ **0.00** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **6,118.53** | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **6,118.53**  $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Princeton Surgery Center, LLC**                     Case No. _____
                                    **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Alcon Laboratories, Inc.**<br>**6201 South Freeway**<br>**Dallas, TX 76134** | | | Open account | | | | 8,979.42 |
| ACCOUNT NO. <br><br>**Bausch & Lomb Surgical**<br>**1400 North Goodman Street**<br>**Rochester, NY 14609** | | | Open account | | | | 1,095.00 |
| ACCOUNT NO. <br><br>**Boston Scientific**<br>**Credit Dept. - MS-A2**<br>**One Boston Place**<br>**Natick, MA 01760** | | | Open account | | | | 1,954.63 |
| ACCOUNT NO.   **xxxxxx8396**<br><br>**Cardinal Health**<br>**7000 Cardinal Place**<br>**Metro 3**<br>**Dublin, OH 43017-1091**<br><br>**Recovery One**<br>**P.O. Box 20404**<br>**Columbus, OH 43220-0404**<br><br>**David M. Shaw, Esq.**<br>**P.O. Box 3047**<br>**Evansville, IN 47730-3047** | | | Open account | | | | 22,975.81 |

        4   Continuation sheets attached

                                                                Subtotal  ➤  $        **35,004.86**

                                                                Total  ➤  $
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                        **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Princeton Surgery Center, LLC**                                    Case No. _____
                              Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CGM, LLC**<br>**110 North Main Street**<br>**Evansville, IN 47711** | | | Open account | | | | **5,291.75** |
| ACCOUNT NO.<br><br>**Davis Stokes Collaborative, P.C.**<br>**7121 Crossroads Boulevard**<br>**Brentwood, TN 37027** | | | Open account | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-1453** | X | | Open account | | | | **692.82** |
| ACCOUNT NO.<br><br>**Diamatrix Ltd.**<br>**1544 Sawdust Road, Suite 502**<br>**The Woodlands, TX 77380** | | | Open account | | | | **560.00** |
| ACCOUNT NO.<br><br>**Evansville Courier & Press**<br>**300 East Walnut Street**<br>**Evansville, IN 47713** | | | Open account | | | | **200.00** |

Sheet no.  1  of  4  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $            **9,744.57**

Total  ＞  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Princeton Surgery Center, LLC_____     Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Evansville Outdoor Advertising, Inc.**<br>**999 North Congress Avenue**<br>**Evansville, IN 47715** | | | **Open account** | | | | **741.00** |
| ACCOUNT NO.   **x:xx-xx-00124-RLY-WGH**<br><br>**Gregory C. Schulten**<br>**c/o Lane C. Siesky, Esq.**<br>**4424 Vogel Rd., Ste. 305**<br>**Evansville, IN 47715**<br><br>**United States Attorney's Office**<br>**10 W. Market St., Ste. 2100**<br>**Indianapolis, IN 46204** | | | **Any liability arising from lawsuit pending in the U.S. District Court** | | | X | **0.01** |
| ACCOUNT NO.<br><br>**J & J Health Care Systems, Inc.**<br>**5972 Collections Center**<br>**425 Hoes Lane**<br>**Piscataway, NJ 08855** | | | **Open account** | | | | **45,200.15** |
| ACCOUNT NO.<br><br>**Krieg Devault, LLP**<br>**One Indiana Square, Suite 2800**<br>**Indianapolis, IN 46204-2079** | | | **Open account** | | | | **2,753.75** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢  $ **48,694.91**

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Princeton Surgery Center, LLC**
                                    Debtor

Case No. _____
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Laci Sheffer R.R. 2, Box 214 Lawrenceville, IL 62439** | | | Any liability arising from an EEOC claim | | | X | 0.01 |
| ACCOUNT NO. **Medical Accounts Receivable Systems 100 Fulton Court Paducah, KY 42001** | | | Open account | | | | 1,613.70 |
| ACCOUNT NO. **Medline Industries, Inc. One Medline Place Mundelein, IL 60060** | | | Open account | | | | 9,018.40 |
| ACCOUNT NO. **MicroSurgical Technology 8415 154th Avenue N.E. Redmond, WA 98073** | | | Open account | | | | 1,289.35 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 11,921.46

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Princeton Surgery Center, LLC**                                      Case No. _____
                                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **xxxxxxx6317** <br><br>**Old National Bank** <br>**P.O. Box 867** <br>**Evansville, IN 47705-9987** <br><br><br>**Old National Bank** <br>**P.O. Box 460** <br>**Princeton, IN 47670** | X | | **02/24/2009** <br><br>**Promissory Note** | | | | **124,879.22** |
| ACCOUNT NO. <br><br>**Princeton Ambulatory Building, LLC** <br>**2030 Sherman Drive** <br>**Princeton, IN 47670** | | | **Lease payments** | | | | **40,959.00** |
| ACCOUNT NO. <br><br>**Stryker Endoscopy** <br>**5900 Optical Ct.** <br>**San Jose, CA 95138** | | | **Open account** | | | | **16,275.44** |
| ACCOUNT NO. <br><br>**W. Nuhsbaum, Inc.** <br>**760 Ridgeview Drive** <br>**McHenry, IL 60050** | | | **Open account** | | | | **825.00** |

Sheet no. <u>4</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⟩ $ **182,938.66**

Total ⟩ $ **288,304.46**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Princeton Surgery Center, LLC** _____,    Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Action Pest Control**<br>**2301 S. Green River Rd.**<br>**Evansville, IN 47715** | **Contract for pest control** |
| **Alcon Laboratories**<br>**6201 South Freeway**<br>**Fort Worth,  TX 76134** | **Equipment maintenance contract** |
| **Allied Waste**<br>**2017 N. Fares Ave.**<br>**Evansville, IN 47711** | **Contract for waste removal** |
| **Delage Landen Financial Services**<br>**111 Old Eagle School Road**<br>**Wayne, PA 19087-1453** | **Lease of radiofrequency machine** |
| **Diversified Medical Services**<br>**6724 E. Morgan Ave., Ste. B**<br>**Evansville, IN 47715** | **Contract for medical equipment maintenance and repair** |
| **Gas Medix**<br>**1415 N. Royal Ave., Ste. 100**<br>**Evansville, IN 47715** | **Contract provider of medical gases** |
| **Gibson General Hospital**<br>**1808 Sherman Dr.**<br>**Princeton, IN 47670** | **Contract for billing arrangements** |
| **Harding Shymanski Company, Inc.**<br>**21 S.E. Third St., Ste. 500**<br>**Evansville, IN 47708** | **Contract to manage payroll and 401(k)** |

B6G (Official Form 6G) (12/07) -Cont.

In re: **Princeton Surgery Center, LLC** , Case No. _____
                          Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jennifer Stewart**<br>**501 W. Emerson St.**<br>**Princeton, IN 47670** | **Contract for medical transcription** |
| **Julie Morris**<br>**7446 S. Chimney Pier Rd.**<br>**Vincennes, IN 47591** | **Contract for chart review** |
| **Lawrence County Memorial Hospital**<br>**2200 West State Street**<br>**Lawrenceville, IL 62439** | **Equipment lease** |
| **Mark Lockard**<br>**1000 Country Club Rd.**<br>**Lawrenceville, IL 62439** | **Contract for pharmacist services** |
| **Ohio Valley Medical Gas**<br>**1415 N. Royal Ave.**<br>**Evansville, IN 47715** | **Contract provider of medical gases** |
| **Primary Source**<br>**Reggie Evans**<br>**3700 Bellemeade Ave., Ste. 118**<br>**Evansville, IN 47714** | **Contract for credentialing physicians** |
| **Princeton Ambulatory Building, LLC**<br>**2018 Sherman Drive**<br>**Princeton, IN 47670** | **Lease Agreement dated 12/22/04 for lease of 2018 Sherman Drive, Princeton, Indiana** |
| **Princeton Primary Care, LLC**<br>**2022 Sherman Dr.**<br>**Princeton, IN 47670** | **Contract for physician services of Dr. M. Hytham Beck** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **Princeton Surgery Center, LLC**
_____,          Case No.  _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Princeton Surgery Center 401(k) Pla** **c/o Pettinga Financial Advisors** **501 Main Street, Suite 100** **Evansville, IN 47708** | **Contract for administration of 401(k) plan** |
| **Richland Memorial Hospital** **800 E. Locust St.** **Olney, IL 62450** | **Contract for laundry services** |
| **Statewide Medical Services** **3601 E. Ninth St.** **Indianapolis, IN 46201** | **Contract for hazardous waste removal** |
| **The Coding Network** **Dept. 8273** **Los Angeles, CA 90084-8273** | **Contract for medical coding** |
| **Tri-State Fire Protection** **10577 Oak Grove Rd.** **Newburgh, IN 47629** | **Contract provider of fire extinguishers** |
| **Vanguard** **816 Maxwell Ave.** **Evansville, IN 47711** | **Contract for security services** |
| **Wagih Satar, M.D.** **2030 Sherman Drive** **Princeton, IN 47670** | **Contract for administrative services** |
| **Z-Chart** **210 E. Center St.** **LeRoy, IL 61752** | **Medical records software vendor contract** |

B6H (Official Form 6H) (12/07)

In re: **Princeton Surgery Center, LLC**                          Case No. _____
                              Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Keith Thomas**<br>**R.R. 1, Box 8A**<br>**Patoka, IN 47666** | **De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-1453** |
| **Dennis L. Griggs**<br>**1309 West Broadway Street**<br>**Princeton, IN 47670** | **Integra Bank, N.A.**<br>**P.O. Box 868**<br>**Evansville, IN 47705** |
| **Dennis L. Griggs**<br>**1309 West Broadway Street**<br>**Princeton, IN 47670** | |
| **Hyun I. Kim**<br>**1960 Knollwood Drive**<br>**Fairmont, MN 56031** | |
| **Hyun I. Kim**<br>**1960 Knollwood Drive**<br>**Fairmont, MN 56031** | |
| **Jason T. Samuel**<br>**820 Mossy Tree Lane**<br>**Henderson, KY 42420** | |
| **Jason T. Samuel**<br>**820 Mossy Tree Lane**<br>**Henderson, KY 42420** | |
| **Keith Thomas**<br>**R.R. 1, Box 8A**<br>**Patoka, IN 47666** | |
| **Keith Thomas**<br>**R.R. 1, Box 8A**<br>**Patoka, IN 47666** | |
| **Richard J. Loesch**<br>**418-1/2 North Main Street**<br>**Princeton, IN 47670** | |
| **Richard J. Loesch**<br>**418-1/2 North Main Street**<br>**Princeton, IN 47670** | |
| **Wagih A. Satar**<br>**P.O. Box 16**<br>**Princeton, IN 47670** | |
| **Wagih A. Satar**<br>**P.O. Box 16**<br>**Princeton, IN 47670** | |
| **Dennis L. Griggs**<br>**1309 West Broadway Street**<br>**Princeton, IN 47670** | **Old National Bank**<br>**P.O. Box 867**<br>**Evansville, IN 47705-9987** |

**B6H (Official Form 6H) (12/07) -Cont.**

**In re:** **Princeton Surgery Center, LLC** _____.          **Case No.** _____
                        **Debtor**                                                                                  **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hyun I. Kim**<br>**1960 Knollwood Drive**<br>**Fairmont, MN 56031**<br><br>**Jason T. Samuel**<br>**820 Mossy Tree Lane**<br>**Henderson, KY 42420**<br><br>**Keith D. Thomas**<br>**R.R. 1, Box 8A**<br>**Patoka, IN 47666**<br><br>**Richard J. Loesch**<br>**418-1/2 North Main Street**<br>**Princeton, IN 47670**<br><br>**Wagih A. Satar**<br>**P.O. Box 16**<br>**Princeton, IN 47670** | **Old National Bank**<br>**P.O. Box 867**<br>**Evansville, IN 47705-9987** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  <u>Princeton Surgery Center, LLC</u>                    Case No. _____
                    Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Wagih A. Satar**, the **President and Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**21**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __**10/6/2010**_____        Signature:   **/s/ Wagih A. Satar**_____
                                                 **Wagih A. Satar President and Member**_____
                                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### Evansville Division

In re:   **Princeton Surgery Center, LLC**

Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 1,259,534.46 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income: | $ | 104,961.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 19,061.00 |
| 4. Payroll Taxes | | 1,177.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 69.00 |
| 7. Other Taxes | | 1,513.00 |
| 8. Inventory Purchases (Including raw  materials) | | 21,532.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 20,204.00 |
| 11. Utilities | | 4,626.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 3,469.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 18.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 4,134.00 |
| 18. Insurance | | 3,176.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 792.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):

   **None**

   _____

21. Other (Specify):

| | |
|---|---:|
| **Advertising** | **686.00** |
| **Amortization expense** | **666.00** |
| **Bank service charges** | **147.00** |
| **Cleaning services** | **672.00** |
| **Cleaning supplies** | **263.00** |
| **Contract labor** | **1,139.00** |
| **Depreciation expense** | **2,371.00** |
| **Dr. Beck** | **23,865.00** |
| **Dr. Joseph** | **727.00** |
| **Dues and subscriptions** | **4.00** |
| **Extermination** | **64.00** |
| **Interest on loans and finance charges** | **8,187.00** |
| **Rent** | **175.00** |
| **Management fees** | **667.00** |

22. Total Monthly Expenses (Add items 3 - 21)                    $      **119,404.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)        $      **(14,443.00)**

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**
**Evansville Division**

In re:  **Princeton Surgery Center, LLC** _____,        Case No. _____

Debtor                                                           (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None  ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,518,546.00 | **Gross receipts** | **2008** |
| 1,984,232.00 | **Gross receipts** | **2009** |
| 1,054,387.30 | **Total income** | **2010** |

## 2.  Income other than from employment or operation of business

None  ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 5,266.00 | **Miscellaneous income** | **2008** |
| **None** | **Miscellaneous income** | **2009** |

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None  ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☐  days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Boston Scientific Credit Dept.- MS-A2 One Boston Place Natick, MA 01760** | **7/9/10** 7/14/10 7/21/10 7/29/10 8/3/10 8/13/10 8/17/10 8/27/10 | **7,982.89** | **1,954.63** |
| **Duke Energy P.O. Box 9001076 Louisville, KY 40290** | **8/3/10** 8/31/10 9/15/10 10/5/10 | **16,591.12** | **0.00** |
| **Gibson County Treasurer County Courthouse 101 North Main Street Princeton, IN 47670** | **7/7/10** | **7,597.66** | **6,118.53** |
| **Medline Industries, Inc. Dept. CH 14400 Palatine, IL** | **7/14/10** 8/3/10 8/6/10 9/3/10 | **10,766.44** | **9,018.40** |
| **Princeton Ambulatory Building, LLC 2030 Sherman Drive Princeton, IN 47670** | **9/7/10** 9/9/10 9/10/10 9/20/10 | **26,197.48** | **40,959.00** |
| **Priority HealthCare Corp.** | **7/14/10** 7/22/10 8/3/10 9/1/10 9/16/10 9/30/10 10/5/10 | **6,878.17** | **0.00** |
| **Suture Express** | **7/19/10** 7/29/10 8/19/10 8/23/10 8/24/10 9/9/10 | **7,646.13** | **0.00** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wagih Satar** <br> **2030 Sherman Drive** <br> **Princeton, IN 47670** <br>    **Member** | **10/16/09** <br> **2/9/10** <br> **2/11/10** <br> **2/16/10** <br> **5/21/10** <br> **6/18/10** <br> **6/28/10** <br> **10/5/10** | **30,664.55** | **Unknown** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **United States of America, et al. v. Gibson General Hospital, Inc., et al.** <br>    **3:09-cv-124 RLY-WGH** | **Complaint for Damages and Injunctive Relief under the False Claims Act** | **U.S. District Court** <br> **Southern District of Indiana** <br> **Evansville Division** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andrew D. Thomas**<br>**123 N.W. Fourth Street**<br>**Evansville, IN 47708** | **Unknown** | **$300.00** |
| **R. Stephen LaPlante**<br>**KEATING & LaPLANTE, LLP**<br>**101 N.W. First Street, Suite 116**<br>**P.O. Box 3556**<br>**Evansville, IN 47734-3556** | **August 10, 2010** | **$15,000.00** |

5

## 10. Other transfers

None
☑
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS | DESCRIPTION AND VALUE | |
| OF OWNER | OF PROPERTY | LOCATION OF PROPERTY |

### 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Princeton Surgery Center, LLC** | | **2030 Sherman Drive Princeton, IN 47670** | **Surgery center** | **12/16/2002** |

None
☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Esther Houchins 2030 Sherman Drive Princeton, IN 47670** | **From inception** |
| **Greg Willis Willis & Company, P.C. 705 Main Street Petersburg, IN 47567** | **2007 to present date** |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Esther Houchins** | **2030 Sherman Drive** |
| | **Princeton, IN 47670** |
| | |
| **Greg Willis** | **Willis & Company, P.C.** |
| | **705 Main Street** |
| | **Petersburg, IN 47567** |

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

## 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) | |
|-------------------|----------------------|---------------------------------|---|
| **09/01/2010** | | **52,248.25** | **Cash** |

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|
| **Dennis L. Griggs** | **Member** | **23.359** |
| **1309 West Broadway Street** | | |
| **Princeton, IN 47670** | | |
| **Hyun L. Kim** | **Member** | **4.779** |
| **1960 Knollwood Drive** | | |
| **Fairmont, MN 56031** | | |
| **Jason Samuel** | **Member** | **5.847** |
| **820 Mossy Tree Lane** | | |
| **Henderson, KY 42420** | | |
| **Keith Thomas** | **Member** | **12.79** |
| **6049 Highway 1389** | | |
| **Owensboro, KY 42303** | | |
| **Richard J. Loesch** | **Member** | **13.182** |
| **418-1/2 North Main Street** | | |
| **Princeton, IN 47670** | | |
| **Wagih A. Satar** | **Member** | **40.043** |
| **P.O. Box 16** | | |
| **Princeton, IN 47670** | | |

9

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **Princeton Surgery Center, LLC 401k** | **Unknown** |

* * * * * *

**10**

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **10/6/2010**                          Signature   **/s/ Wagih A. Satar**

**Wagih A. Satar, President and Member**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### Evansville Division

In re:   **Princeton Surgery Center, LLC**

Debtor

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **Counsel will bill hourly at a rate of $225.00, plus expenses**

6.   By agreement with the debtor(s) the above disclosed fee does not include the following services:

     **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **10/6/2010**

                                    **/s/ R. Stephen LaPlante**
                                    **R. Stephen LaPlante, Bar No.  8687-82**

                                    **Keating & LaPlante, LLP**
                                    Attorney for Debtor(s)

---

Alcon Laboratories, Inc.
6201 South Freeway
Dallas, TX 76134


Bausch & Lomb Surgical
1400 North Goodman Street
Rochester, NY 14609


Boston Scientific
Credit Dept. – MS-A2
One Boston Place
Natick, MA 01760


Cardinal Health
7000 Cardinal Place
Metro 3
Dublin, OH 43017-1091


CGM, LLC
110 North Main Street
Evansville, IN 47711


David M. Shaw, Esq.
P.O. Box 3047
Evansville, IN 47730-3047


Davis Stokes Collaborative, P.C.
7121 Crossroads Boulevard
Brentwood, TN 37027


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-1453


Diamatrix Ltd.
1544 Sawdust Road, Suite 502
The Woodlands, TX 77380

Evansville Courier & Press
300 East Walnut Street
Evansville, IN 47713


Evansville Outdoor Advertising, Inc
999 North Congress Avenue
Evansville, IN 47715


Gibson County Treasurer
County Courthouse
101 North Main Street
Princeton, IN 47670


Gregory C. Schulten
c/o Lane C. Siesky, Esq.
4424 Vogel Rd., Ste. 305
Evansville, IN 47715


Hyun I. Kim
1960 Knollwood Drive
Fairmont, MN 56031


Integra Bank, N.A.
P.O. Box 868
Evansville, IN 47705


J & J Health Care Systems, Inc.
5972 Collections Center
425 Hoes Lane
Piscataway, NJ 08855


Jason T. Samuel
820 Mossy Tree Lane
Henderson, KY 42420


Keith D. Thomas
R.R. 1, Box 8A
Patoka, IN 47666

Keith Thomas
R.R. 1, Box 8A
Patoka, IN 47666


Krieg Devault, LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079


Laci Sheffer
R.R. 2, Box 214
Lawrenceville, IL 62439


Medical Accounts Receivable Systems
100 Fulton Court
Paducah, KY 42001


Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060


MicroSurgical Technology
8415 154th Avenue N.E.
Redmond, WA 98073


Old National Bank
P.O. Box 867
Evansville, IN 47705-9987


Old National Bank
P.O. Box 460
Princeton, IN 47670


Princeton Ambulatory Building, LLC
2030 Sherman Drive
Princeton, IN 47670

Recovery One
P.O. Box 20404
Columbus, OH 43220-0404


Richard J. Loesch
418-1/2 North Main Street
Princeton, IN 47670


Stryker Endoscopy
5900 Optical Ct.
San Jose, CA 95138


United States Attorney's Office
10 W. Market St., Ste. 2100
Indianapolis, IN 46204


W. Nuhsbaum, Inc.
760 Ridgeview Drive
McHenry, IL 60050


Wagih A. Satar
P.O. Box 16
Princeton, IN 47670


Delage Landen Financial Services
111 Old Eagle School Road
Wayne, PA 19087-1453


Dennis L. Griggs
1309 West Broadway Street
Princeton, IN 47670


Hyun L. Kim
1960 Knollwood Drive
Fairmont, MN 56031

Jason Samuel
820 Mossy Tree Lane
Henderson, KY 42420


Keith Thomas
R.R. 1, Box 8A
Patoka, IN 47666


Wagih Satar
P.O. Box 16
Princeton, IN 47670

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

In re:  **Princeton Surgery Center, LLC**

Case No. _____

Chapter  __11_____

Debtor

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  __10/6/2010_____

Signed:  **/s/ Wagih A. Satar**
            **Wagih A. Satar**

Signed:  **/s/ R. Stephen LaPlante**
            **R. Stephen LaPlante**
            Attorney for Debtor(s)
            Bar no.:         **8687-82**
            **Keating & LaPlante, LLP**
            **P.O. Box 3556**
            **Evansville, IN 47734-3556**
            Telephone No.:     **(812) 463-6093**
            Fax No.:            **(812) 463-6094**
            E-mail address: